UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jonathan Lee Riches a/k/a
Irving Picard,
Plaintiff

RECEIVED
MAY 19 2009
CLERK, U.S. DISTRICT COURT
RICHLAND, WASHINGTON

V.

THE Guinness Book of Records a/k/a The Guinness Book of World Records a/b/a Guinness Publishing Ltd.; Encyclopedia Britannica Inc.; World Book Encyclopedia; The Reader's Encyclopedia of American Literature; The World FactBook; The People's Almanac; The New Oxford American Dictionary; Granger's Index to Poetry; Facts on File Inc.; Encyclopaedic Dictionary; Library of Congress; Compton's Encyclopedia & Fact-Index; Chambers Biographical Dictionary; Fear Factor; Ripley's Believe it or Not,
Defendants

Preliminary Injunction, Temporary Restraining order, TRO
Copyright violations, Trademark Infringement
28 USC 1331

Comes Now the Plaintiff, Jonathan Lee Riches a/k/a Irving Picard, I face imminent danger and Bodily harm from the Defendants who plan to publish me and about my life in their Books without my Authorization or consent, on Jan 1, 2009 the Guinness Book of World Records sent me a congradulations letter stating I have a world Record in filing the most lawsuits in the history of Mankind. Their letter stated I've filed more then 3,000 Lawsuits in Federal courts and over 2,500 Lawsuits in Local & State courts, further stating I Shattered the previous Record of the Rev. Clovis Carl Green. The Guinness Book of World Records told me they plan to publish my record and lawsuits in their 2010 Edition which comes out in October. They plan to invade my privacy by posting my Bureau of Prison's mugshot along with Personal information including my Social Security #, Birthdate, height, weight, eye color, and home Address, Telephone #, and where I'm illegally incarcerated at, at the Federal Medical Facility in Lexington Kentucky. I sent the Guinness Book of World records 10 letters from Jan 5, 2009 through 5/1/09

telling them no thank you, I don't want to be in a record book because the facts are wrong. I've filed more then 4,000 lawsuits worldwide in other countries courts, the Hague, world court, the ICC. The Defendants are slandering my name by calling me "the litigator crusader", "Duke of lawsuits", "Jonny sue-nami", "sue-per-man", "The Patrick Ewing of suing", "the Lawsuit Zeus". These phrases hurt my feelings and violates my civil rights. I've filed so many lawsuits with my pen and right hand that I got arthritis in my fingers, numbness in my wrists, crooked fingers, I got bags under my eyes for sleepless nights suing the world. I get a average of 25 pieces of legal mail a day from courts, lawyers, stalkers, fans, etc. I've been printed in lawbooks throughout the world without my consent or permission. I'm thinking about retiring from writing lawsuits for a while and give my fingers rehabilitation, and I've been persecuted to the fullest by Judges who are denying me due process and access to the courts to express my grievances and my fundamental 1st amendment right to the courts. Defendants caused me grief and mental breakdowns, thats why I went from FCI Williamsburg to a Federal medical center in Lexington Kentucky to get mental health treatment. I eat, sleep, and think lawsuits. I flush out more suits then a sewer. I've sacrificed my time, dignity, and prison trust account filing lawsuits. My accounts are frozen, I can't buy stamps, food, or hygene on commissary. Thankfully I'm surrounded by sympethetic inmates who are providing me with stamps to send out legal mail. I enter the RDAP drug program this summer, upon completion, I get a year off my sentence, that means I will be in a ½ way house by next summer and when I get out of prison I'm going to start a lawsuit 101 shop and teach Americans how to file pro-se lawsuits. I will sell Jonathan Lee Riches T-shirts "watch what you do, or I'll sue you" with my face in the middle pointing. The Guinness book of world records have no right to publish my work, my legal masterpieces. The Defendants sent me threatening letters because I sued "Riches v. Black history month" in Iowa, and President Achminadinejad of Iran filed a Amicus in that case, also got screamed at for filing "Riches v. I can't believe its not Butter" and "Riches v. convicted child molesters", I'm in danger, and I seek a restraining order against the publication of my name. I pray for relief.

respectfully

Jonathan Lee Riches #40948018
a/k/a Irving Picard   Federal medical center
P.O. Box 14500  Lexington, KY 40512
859-255-6812

5-15-09

Jonathan Lee Riches
#40948016
Federal Medical Center
P.o. Box 14500
Lexington, KY 40512

LEXINGTON KY 405
15 MAY 2009 PM 2 T

Legal
mail

United States District Court
Eastern District of Washington
Clerk of court
U.S. Courthouse
825 Jadwin Ave
Richland, Washington 99352

