AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### *Eastern District of Washington*

JONATHAN LEE RICHES,

      Plaintiff,

      v.

THE GUINNESS BOOK OF RECORDS, et al,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-154-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Complaint and the claims therein are DISMISSED with prejudice, and case file is closed.

| | |
|---|---|
| June 2, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |