```
                                              FILED IN THE
                                           U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF WASHINGTON
        UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF WASHINGTON           JUN 1 1 2009

                                            JAMES R. LARSEN, CLERK
                                            _____ DEPUTY
JONATHAN LEE RICHES,                           SPOKANE, WASHINGTON

        Plaintiff,

v.                                  Case No.  CV-09-154-JLQ

THE GUINESS BOOK OF RECORDS,
    et al,

        Defendants.
```

## NOTICE OF APPEAL

The Plaintiff, Jonathan Lee Riches, proceeding pro se, hereby gives NOTICE of his Appeal of the Judgement issued in this Court in the above captioned case on June 2, 2009. A copy of that Judgement is attached.

Jonathan Lee Riches   6-7-09
40948-018  Younity
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512