FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 11 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JONATHAN LEE RICHES,

    Plaintiff,

V.

THE GUINNESS BOOK OF RECORDS, et al,

    Defendants.

Case No. CV-09-154-JLQ

## MOTION TO PROCEED IN FORMA PAUPERIS

And now comes Jonathan Lee Riches, proceeding pro se, moving this Court to grant pauper status for his Appeal of this Court's Judgement. Attached is his completed Financial Affidavit. Since this Court's Judgement reaches issues not presented as Claims for relief in the Plaintiff's pleadings and imposes sanctions infringing upon this Plaintiff's First Amendment rights to access the Courts, the Plaintiff's request to proceed In Forma Pauperis should not be barred because the Court believes that the Appeal of the Plaintiff's Claims for relief would be taken in bad faith. Though the Court may believe that the Plaintiff's pro se presentation of Claims was frivolous and would otherwise possibly constitute an Appeal taken in Bad Faith, the Court's addition of sanctions creates appealable issues which are not taken in bad faith, and thus, Plaintiff has legitimate grounds to take an Appeal in good faith In Forma Pauperis.

    WHEREFORE, Plaintiff prays that the Court grant this Motion.

Dated: June 7, 2009

Respectfully submitted,

_____
Jonathan Lee Riches, pro se
6-7-09