```
                                                          FILED IN THE
                                                        U.S. DISTRICT COURT
                                                    EASTERN DISTRICT OF WASHINGTON

                                                            JUN 1 1 2009

            UNITED STATES COURT OF APPEALS              JAMES R. LARSEN, CLERK
                 FOR THE NINTH CIRCUIT                          _____DEPUTY
              NOTICE OF APPEAL NOTIFICATION FORM         SPOKANE, WASHINGTON
                    Please Fill Out Completely
```

**CASE INFORMATION:**
Short Case Title: Riches v. The Guinness Book of Records, et al
U.S. District Court, Eastern District of Washington Senior Judge Justin L. Quackenbush
                                                                                    Court of Appeals No.
Criminal and/or Civil Case No. CV-09-154-JLQ
Date Complaint/Indictment/Petition Filed: 05/19/09
Date Appealed order/judgment *entered*: 6/2/09
Date NOA *filed*: 06/11/09

| Date(s) of Indictment | Plea Hearing | Sentencing | Verdict |
|---|---|---|---|

COA Status (check one):   ☐ granted in full (attach order)      ☐ denied in full (send record)
                          ☐ granted in part (attach order)      ☐ pending

Court Reporter(s)
Name & Phone Number:

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: Not paid
Date IFP granted:                                   Date IFP denied:
Is IFP pending? ☒ yes  ☐ no                         Was IFP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☒ no
Companion/Related Cases? Please list:

*Please attach copy of any order granting, denying or revoking IFP.*

**COUNSEL INFORMATION**
Appellate Counsel:                    Appellee Counsel:
Jonathan Lee Riches, #40948-018
Federal Medical Center
PO Box 14500
Lexington, KY 40512
☐ Retained ☐ CJA ☐ FPD ☒ Pro Se ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID                           Address:
Custody ☒ yes ☐ no
Bail

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid                        9th Circuit Docket Number


Name & Phone Number of Person Completing this Form  Cheryl Switzer, Appeal Clerk
                                                    509-458-3400