FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 1 2009

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Jonathan Lee Riches,

          Plaintiff/Appellant,

vs.

The Guinness Book of Records, et al

          Defendant / Appellee

CERTIFICATE OF RECORD

CA No.
DC No. CV-09-154-JLQ

Transcript Filed: No Reported / Recorded Hearings

## CERTIFICATE OF RECORD

This certificate is submitted in conformance with Rule 4(f) of the Local Rules of the U.S. Court of Appeals for the Ninth Circuit. The record on appeal, consisting of the trial transcript (if any) and the trial court clerk's record, is ready for the purposes of the appeal. This record is available in the office of the U.S. District Court Clerk identified below.

The documents comprising the trial court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure. These document numbers are reflected on the U.S. District court docket sheet and should be used for reference purposes in the briefs.

The actual filing date for this document in the U.S. Court of Appeals will initiate the briefing schedule in civil cases (including habeas corpus cases). All parties in civil cases will receive separate notification of this filing date. In criminal cases, the briefing schedule is set by a Time Schedule Order from the U.S. Court of Appeals.

          Date: June 12, 2009

          James R. Larsen, Clerk
          United States District Court
          Eastern District of Washington

          By: Cheryl Switzer
              Case Administrator