

# United States District Court
**Eastern District of Washington**
Office of the Clerk

**JAMES R. LARSEN**
District Court Executive/Clerk of Court

June 11, 2009

Jonathan Lee Riches, #40948-018
Federal Medical Center
PO Box 14500
Lexington, KY 40512

    ***RE:***    Riches vs. The Guinness Book of Records, et al
            CV-09-154-JLQ

Dear Mr. Riches:

Enclosed is a filed copy of your Notice of Appeal and docket entries.

The certificate of record was issued    June 11, 2009    as there were no reported/recorded proceedings in your case.


Very truly yours,

**UNITED STATES DISTRICT COURT**

Office of the Clerk
Appeal Deputy Clerk


Enclosures

920 West Riverside, Thomas S. Foley United States Courthouse, Room 840
P.O. Box 1493 - Spokane, Washington 99210
(509) 458-3400 - FAX (509) 458-3420

Dockets.Justia.com