UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>                      Plaintiff.<br><br>vs.<br><br>THE GUINNESS BOOK OF WORLD RECORDS, et al.,<br><br>                      Defendants. | NO. CV-09-00154-JLQ<br><br>**ORDER DENYING MOTION FOR LEAVE TO APPEAL** *IN FORMA PAUPERIS* |

**IT IS HEREBY ORDERED**:

The Plaintiff's Motion for Leave to Appeal *In Forma Pauperis* (Ct. Rec. 5) is **DENIED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), the court finding that the Plaintiff's extensive and documented history of filing countless frivolous actions requires such denial. The Plaintiff's thousands of lawsuits constitute abuse of the privilege to proceed *in forma pauperis*. See *O'Laughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990).

The Clerk is hereby directed to enter this Order and furnish copies to Mr. Riches.

**DATED** this 21st day of June, 2009.

                      s/ Justin L. Quackenbush
                      JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1