United States District Court
Eastern District of Washington

Jonathan Lee Riches d/b/a
Irving Picard,
Plaintiff

NO: CV-09-00154-JLQ

v.

The Guinness Book of World Records,
Defendants

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JUN 29 2009
JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Motion for Reconsideration on this Courts June 21st, 2009 order denying my Motion for leave to Appeal in Forma Pauperis

Jonathan Lee Riches, moves for Reconsideration, En Banc this Courts June 21, 2009 order. You notice I hand written this, I'm in a large Dormitory on the hospital wing at the Federal Medical Center, Lexington Kentucky. It's 3:00 AM, Hillary Clinton can call me with the codes for suitcase Nukes, I'm surround by convicted child molesters which I sued. Riches v. Convicted Child Molesters (Case No. 09-CV-00093-J) (D. of Wyoming) I'm not the Patrick Ewing of suing, I'm the J.R. Ewing of Sueing. The Neal Bortz of appeal courts, the Legal Dr. Evil, Jester the court molester, Kook of Lawsuits, Johnny Depp of Identity theft, The Matt Damon of Tax Havens, look at these cases, Riches v. Swine Flu, Riches v. Jena 6, Riches v. Star Trek, Riches v. The Terminator, Riches v. Blagojevich, Riches v. 202-456-1414, Riches v. Kobe Bryant. I intervened in the Enron Securities Litigation, Refco, Hamdan v. Rumsfeld, I filed a recent motion in U.S v. Causey, U.S. v. Skilling for return of property, I filed a notice of Appearance in U.S. v. Donaghy (Former NBA ref). Look at my Intervention in Lemond v. Trek Bicycles case, I just sued Carmello Anthony in Denver State District Court, Look at Riches v. Holyland Foundation, I intervened in the Countrywide Security Litigation case (C.D. of California). In order for me to Maintain the King of Lawsuits status, I will continue to sue Everyone and Everything in Every local, state, federal, and world court. If one court Bans me, I will move to another one. I cannot be stopped, and I'm protected by the 1st amendment. If I see Anything that offends me, I will sue. Peggy Sue should Marry me! The Local Spokane Newspaper did a great Article on me, which Major News Agencies covered

this case. I get thousands of fan mail, probably more then Scott Peterson, who I sued also. Riches v. Peterson (N.D. California). I'm also going to sue Judge Quackenbush in this case for violating my due process to the courts, so continue to blog my name, check Justia.com with my name daily or put in "Cases Tagged with Jonathan Lee Riches" for up to date lawsuits world wide. In the mean time I move for reconsideration. I'm poor and can't afford to pay the filing fee. If someone could be so kind out there and be a financial financier to me and pay my filing fee's. I need help. I will sue anyone for any reason, just get in contact with me. Noone can hide from their crimes. Federal prison is unconstitutional, though I enjoy my days writing suits, running in the rec yard, free clothes, no work, good medication, 3 or 4 square meals a day. The funny thing is, if Judge Melinda Harmon from my criminal case #H-03-90-2 in Houston would of gave me 5 years, like I was suppose to, instead of 10 years, I would of been home 3 + years ago and I would of never filed a suit. Now filing lawsuits is so easy even a caveman can do it. Now, I got inmates here filing lawsuits like mine all over. I'm being substitized by the federal government who pays my postal to send lawsuits, thank you, God bless.

These are the reasons I seek reconsideration on this courts June 21, 2009 order. The Guinness book of world record should give my co-defendant Jason Michael Carpenter a award for being the worlds biggest Rat!

I pray this court will grant my motion for relief.

respectfully,

Jonathan Lee Riches
#40948-018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512
859-255-6812

6-26-09