UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JONATHAN LEE RICHES,

    Plaintiff,

vs.

THE GUINNESS BOOK OF RECORDS,

    Defendant.

NO. CV-09-154-JLQ

**ORDER DENYING MOTION FOR RECONSIDERATION**

**BEFORE THE COURT** is the Plaintiff's Motion for Reconsideration (Ct. Rec. 11) of this court's Order Denying Motion for Leave to Appeal *In Forma Pauperis* (Ct. Rec. 10).

"[A] motion for reconsideration should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law." *Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir.1999). Mr. Riches has presented no change in the law, newly discovered evidence, or demonstrated clear error. Accordingly,

**IT IS HEREBY ORDERED**:

The Plaintiff's Motion for Reconsideration (Ct. Rec. 11) is **DENIED.** Nor further motions shall be filed.

The Clerk is hereby directed to enter this Order and furnish copies to the parties.

**DATED** this 29th day of June, 2009.

                s/ Justin L. Quackenbush
              JUSTIN L. QUACKENBUSH
     SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1