FILED

UNITED STATES COURT OF APPEALS

JUL 28 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: JONATHAN LEE RICHES, | No. 08-80044 |
| Respondent, | DC# CV-09-00154-JLQ<br>Eastern Washington<br>(Spokane)<br><br>ORDER |

Before:  CANBY, THOMAS and IKUTA,  Circuit Judges.

This court has reviewed the notice of appeal and accompanying documents filed June 11, 2009 in the above-referenced district court docket pursuant to the pre-filing review order entered in this docket.  Because the appeal is so insubstantial as to not warrant further review, it shall not be permitted to proceed. *See In re Thomas*, 508 F.3d 1225 (9th Cir. 2007).

A copy of this order served on the district court for the Eastern District of Washington shall constitute the mandate of this court.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions shall be filed or entertained in this closed docket.

SVG/Pro Se

Dockets.Justia.com